**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                         PLAINTIFF

v.                                          NO. 4:96CR00197 JLH

DARNELL LECATO BURKS                                                                              DEFENDANT

**ORDER**

Darnell LeCato Burks has filed a motion for early termination of his supervised release. Burks was convicted for possession with intent to deliver cocaine and sentenced to 120 months in the Bureau of Prisons, to be followed by eight years of supervised release. His supervised release began on August 11, 2009. He has complied with all of the terms and conditions of his supervised release.

The controlling statute provides that the Court may, after considering the relevant factors in 18 U.S.C. § 3553(a), terminate a term of supervised release and discharge the defendant after the expiration of one year of supervised release, provided that such action is warranted by the conduct of the defendant released and the interests of justice. 18 U.S.C. § 3583(e)(1). After considering those factors, the Court has concluded that Burks' motion for early termination of supervised release should be denied. While Burks is to be commended for his compliance with the terms and conditions of supervised release, the crime of which he was convicted was a serious one, and he has a prior criminal history that includes convictions for breaking and entering and possession of a controlled substance with intent to deliver controlled substances. In view of the seriousness of the offense and the need to protect the public from further crimes by the defendant, Burks' motion for early termination of supervised release is denied. Document #97.

IT IS SO ORDERED this 21st day of December, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE